| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

KAREN DAVIS, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-201
§
RJM ACQUISITIONS, LLC, §
§
       Defendant. §

## ORDER OF DISMISSAL

In accordance with Plaintiff Karen Davis's Notice of Dismissal (#8), filed August 19, 2011, the above-styled action is dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 22nd day of August, 2011.

_____
      MARCIA A. CRONE
   UNITED STATES DISTRICT JUDGE